# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DANIEL QUILLING, | ) |
| Plaintiff, | ) ) ) |
| v. | )    No. 4:07CV262 HEA |
| PATRICIA WASHINGTON, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 8th Day of February, 2007.

UNITED STATES DISTRICT JUDGE